| AO 10<br>Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2012 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Lodge, Edward J. | 2. Court or Organization<br><br>DISTRICT COURT, Idaho | 3. Date of Report<br><br>04/19/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>    magistrate judges indicate full- or part-time)<br><br>U.S. District Judge, active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial  ☑ Annual   ☐ Final<br><br>5b. ☐  Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>12/31/2012 |
| 7. Chambers or Office Address<br><br>550 West Fort Street<br>Boise, ID 83724 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Retired District Judge | State of Idaho |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1987 | Retirement - State District Judge - 75% full pay |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lodge, Edward J. | 04/19/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2012 | State of Idaho Retired District Judge | $86,003.64 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2012 | State Senator |
| 2. 2012 | Public Employer Retirement System of Idaho |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lodge, Edward J. | 04/19/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lodge, Edward J. | 04/19/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Lodge Brothers (Partnership) Dry Land Pasture Malheur County | | None | N | W | | | | | |
| 2. Lodge Brothers (Partnership) US Bank-Checking Account | A | Interest | J | T | | | | | |
| 3. Dry Pasture Canyon County, ID ▩ | | None | M | W | | | | | |
| 4. Livestock ▩ | | None | K | W | | | | | |
| 5. Cattle Sales | | None | | | Sold | 12/03/12 | K | D | auction |
| 6. HJ Hines | C | Dividend | M | T | | | | | |
| 7. Key Bank Market Account | A | Interest | L | T | | | | | |
| 8. Windridge Farm 50% interest in land house, barn & vineyard | | None | N | W | | | | | |
| 9. Checking (sweep) Account Key Bank Caldwell, ID | A | Interest | K | T | | | | | |
| 10. Property Canyon County | | None | N | W | | | | | |
| 11. ▩ Key Bank Private Banking (sweep) Account | B | Interest | M | T | | | | | |
| 12. Idaho Independent Bank | A | Interest | M | T | | | | | |
| 13. Washington Mutual (purchased by Chase Bank) | A | Interest | L | T | | | | | |
| 14. Chevron Stock | A | Dividend | | | Sold | 12/18/12 | J | D | |
| 15. Sysco Stock | A | Dividend | J | T | | | | | |
| 16. Supervalue Stock | A | Dividend | J | T | | | | | |
| 17. Black Rock Blackrock Equity Dividend | A | Dividend | | | Sold | 01/26/12 | J | D | see additional information |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lodge, Edward J. | 04/19/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. American Funds Capital World Growth and Income | A | Dividend | K | T | Sold (part) | 03/05/12 | K | A | see additional information |
| 19. Blackrock: Blackrock Global Allocation | A | Dividend | | | Sold | 03/05/12 | K | B | see additional information |
| 20. D.A. Davidson Money Market | A | Interest | N | T | | | | | |
| 21. Oneida CO ID GO Bonds | A | Interest | K | T | | | | | |
| 22. Blackrock Global Mutual Funds | A | Dividend | L | T | | | | | |
| 23. Idaho Health Facilities St. Luke's Muni | A | Interest | K | T | | | | | |
| 24. Blackrock Equity Dividend | A | Dividend | | | Sold | 12/18/12 | L | D | |
| 25. Janus Balanced | A | Dividend | L | T | | | | | |
| 26. Prudential Natural Resources | A | Dividend | J | T | | | | | |
| 27. Prudential Short Term Bond | B | Dividend | L | T | | | | | |
| 28. Janus Balanced | A | Dividend | L | T | | | | | |
| 29. Abbott | A | Dividend | | | Sold | 12/18/12 | J | B | |
| 30. Cisco | A | Dividend | J | T | Buy | 05/10/12 | J | | |
| 31. Frontier Communications | A | Dividend | | | Sold | 10/26/12 | J | A | |
| 32. Total Petroleum | A | Dividend | | | Sold | 03/28/12 | J | A | |
| 33. Verizon | A | Dividend | | | Sold | 12/18/12 | J | C | |
| 34. Fidelity Strategic Income | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lodge, Edward J. | 04/19/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. First Eagle US Value | A | Dividend | K | T | Sold (part) | 09/14/12 | K | C | |
| 36. Prudential Short Term Bonds | B | Dividend | L | T | | | | | |
| 37. Templeton Global Bonds | B | Dividend | K | T | Sold (part) | 07/17/12 | K | A | |
| 38. Wells Fargo Advantage | A | Dividend | L | T | Buy | 07/17/12 | K | | |
| 39. First Eagle Global | A | Dividend | J | T | | | | | |
| 40. Janus Balanced | A | Dividend | K | T | | | | | |
| 41. 3M | A | Dividend | J | T | | | | | |
| 42. Proctor & Gamble | A | Dividend | J | T | | | | | |
| 43. Intel | A | Dividend | J | T | | | | | |
| 44. General Electric | A | Dividend | J | T | | | | | |
| 45. Johnson & Johnson | A | Dividend | J | T | | | | | |
| 46. Fidelity Floating Rate Fund | A | Dividend | K | T | Buy | 03/15/12 | K | | |
| 47. Franklin Income Fund | C | Dividend | L | T | Buy | 09/14/12 | K | | see additional information |
| 48. Baker Hughes | A | Dividend | J | T | Buy | 01/26/12 | J | | |
| 49. TEVA Pharmaceuticals | A | Dividend | J | T | Buy | 05/10/12 | J | | |
| 50. Invesco Balanced Risk Fund | A | Dividend | L | T | Buy | 12/18/12 | L | | |
| 51. DWS Select Alternatives | A | Dividend | L | T | Buy | 01/26/12 | K | | see additional information |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lodge, Edward J. | 04/19/2013 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. First Eagle High Yield | B | Dividend | K | T | Buy | 07/17/12 | K | | see additional information |
| 53. Lord Abbett Dividend Income | B | Dividend | L | T | Buy | 3/5/12 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lodge, Edward J. | 04/19/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Investments & Trusts:

Line 17 sold additional shares 3/15/12 (k) and 12/18/12 (k)

Line 18 sold additional shares 12/18/12 (k)(c); buy additional shares 7/17/12 (k)

Line 19 sold additional shares 7/17/12 (k)(b)

Line 47 buy additional shares 12/18/12 (k)

Line 51 buy additional shares 3/5/12 (j) and 12/18/12 (j)

Line 52 buy additional shares 9/14/12 (k)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Edward J. Lodge**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544